ELLA DOWLING, APPELLANT AND CROSS-APPELLEE, V. MONROE D. DOWLING, JR., APPELLEE AND CROSS-APPELLANT.

454 N.W.2d 306

Filed April 26, 1990.   No. 88-733.

Karen B. Flowers, of McHenry & Flowers, for appellant.

Dorothy A. Walker, of Mowbray & Walker, P.C., for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Upon consideration of the record, briefs, and recommendation of the Appellate Division of the District Court, we find that a question of fact exists for determination, and, accordingly, the judgment of the trial court is reversed and the cause remanded for further proceedings.

REVERSED AND REMANDED FOR
FURTHER PROCEEDINGS.